ORIGINAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DARRYL ANTHONY ROBINSON, #172898,

        Petitioner,

v.

IVONA RAIRIGH, et al.,

        Respondent.
_____/

CIVIL NO. 05-CV-73163-DT

HONORABLE AVERN COHN

MAGISTRATE JUDGE CAPEL

FILED

AUG 2 9 2005

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## ORDER OF DEFICIENCY FOR PRISONER CIVIL ACTION

This is a civil action filed by a plaintiff who is a prisoner. The filing fee for a civil action is $250.00. Plaintiff has failed to pay the filing fee or to apply in the manner required by law to proceed *in forma pauperis*. Under the provisions of the Prison Litigation Reform Act of 1995, if a prisoner wishes to proceed *in forma pauperis*, the prisoner must file a certified trust account statement and an affidavit of indigence. 28 U.S.C. § 1915(a)(2); McGore v. Wrigglesworth, 114 F.3d 601, 605 (6th Cir. 1997). Plaintiff has failed to file the required papers in order to proceed *in forma pauperis*. Plaintiff is hereby notified of the foregoing deficiencies.

Plaintiff is informed that within 30 days from the date of this notice, he must submit the $250 filing fee or, alternatively, file the required Prisoner's Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, a current Certification/Business Manager's Account Statement, and a statement of Trust Fund Account (or institutional equivalent) for the six-month period

immediately preceding the filing of the complaint. See McGore, 114 F.3d at 605.

Plaintiff is also notified that if he fails to pay the filing fee or to file the required documents as described above, the district court must presume that he is not proceeding in forma pauperis. Id. In that case, the district court must assess the entire filing fee and must order the case dismissed for want of prosecution. Id. If Plaintiff's action is dismissed under these circumstances, it will not be reinstated even if Plaintiff subsequently pays the filing fee. Id.

Dated: 8/25/05

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATION

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this order to petitioner(s).

Dated: 8/29/05

Deputy Clerk